United States Courts
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID RUIZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Civil Action No. H-78-987 |
| | ) | |
| GARY JOHNSON, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| HON. JOHN CULBERSON, et al., | ) | |
| Defendant-Intervenors | ) | |
| | ) | |
| | ) | |

## THIRD DECLARATION OF DONNA BRORBY IN
## SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE JUDGMENT
## FOR ATTORNEYS' FEES, COSTS AND EXPENSES

1.        I am lead counsel for the plaintiff class in this action and I make this declaration in support of plaintiffs' motion for enforcement of the 1983 fees Judgment in this case.

2.        Gail Saliterman and I attempted to identify all time entries that included time spent on health care issues from May 12, 1999 through May 31, 2001.  The print out of those entries is attached hereto as Exhibit 44.  Exhibit 44 reflects all time entries we could find that include time spent on health care issues (some of which combine health care work with other work, in which case all of the time is treated as health care time for purposes of Exhibit 44).  It also includes all the time I billed for Christina Arenas after May 12, 1999 even when it does not specifically refer to health care because Ms. Arenas was assigned to do the work related to

BRORBY DECL./MOTION ENFORCE/FEES

9002

appellate briefing on health care issues. Exhibit 44 calculates the value of attorney time at $112.50/hour, the PLRA rate. At PLRA rates, the amount billed for our work on health care issues was $139,685.04. This includes some but all work related to psychotics in administrative segregation. The $139,685.04 amounts to 21% of the approximately $670,585.80 value of the time we billed for the period May 12, 1999 through May 31, 2001, at PLRA rates. The value at billed market rates can be calculated from the hours listed at the end of the exhibit ($150/hour for AL, CA, and HB; $250/hour for GJS and DB) and is approximately $220,485 (21% of the approximately $1,057,907.12 billed for the period May 12, 1999 through May 31, 2001).

3.      I have considered other ways to attempt to quantify the amount of time an effort plaintiffs attorneys have devoted to the health care issues. The transcript of the hearing on the motion to terminate is 4138 pages excluding opening and closing argument. Of those pages, 766 pages (18%) were devoted to medical testimony and 548 pages (13%) were devoted to psychiatric testimony. Exhibit 45 attached hereto indexes the testimony by witness. Estimating that half of the psychiatric effort focused on psychotics in segregation, approximately 25% of the trial effort was devoted to health care issues with respect to which the Court did not find a violation of federal constitutional rights.

4.      Gail Saliterman and I have reviewed our statements for the period May 12, 1999 through May 31, 2001, and identified time related to the litigation of PLRA issues. We assigned more time to PLRA work that actually was devoted to PLRA work by assigning mixed or questionable entries to PLRA work. Exhibit 46 shows the time assigned to PLRA issues, approximately $42,000 at PLRA rates (approximately 6% of the PLRA rate fees May 1999 through May 2001). Based on the hours reflected in Exhibit 46, the market rate would be approximately $109,470 ($72,020 for W.B. Turner hours at $325 and $37,450 for D. Brorby hours at $250; approximately 10% of the market rate fees for May 1999-May 2001.)

        I declare under penalty of perjury that the above is true and correct. Executed at

BRORBY DECL./MOTION ENFORCE/FEES

Austin, Texas , on January 24, 2001.

Dated: January 24, 2002

_____
Donna Brorby

BRORBY DECL./MOTION ENFORCE/FEES

**EXHIBIT 44**

Case 4:78-cv-00987   Document 9002   Filed on 01/24/02 in TXSD   Page 5 of 27

January 18, 2002

RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

Statement of Account for Services Rendered Through January 18, 2002

Professional Services

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Wednesday, May 12, 1999** | | | |
| CA | Prepare brief | 4.00 | 450.00 |
| **Thursday, May 13, 1999** | | | |
| CA | Prepare for meeting; conference with staff | 6.00 | 675.00 |
| **Monday, May 17, 1999** | | | |
| CA | Research | 4.00 | 450.00 |
| **Thursday, May 20, 1999** | | | |
| CA | Appeal class | 8.00 | 900.00 |
| **Wednesday, May 26, 1999** | | | |
| CA | Organize Ruiz work | 4.00 | 450.00 |
| **Thursday, May 27, 1999** | | | |
| CA | Prepare medical/psychiatric care legal memo | 6.50 | 731.25 |
| **Saturday, May 29, 1999** | | | |
| CA | Prepare medical/psychiatric care legal memo | 4.00 | 450.00 |
| **Wednesday, June 2, 1999** | | | |
| CA | Med/psych research | 3.00 | 337.50 |
| **Thursday, June 3, 1999** | | | |
| CA | Med/psych research | 2.00 | 225.00 |
| **Friday, June 4, 1999** | | | |
| CA | Med/psych research | 3.00 | 337.50 |
| **Monday, June 14, 1999** | | | |
| CA | Psych research | 4.00 | 450.00 |
| **Wednesday, June 16, 1999** | | | |
| CA | Psych research | 6.00 | 675.00 |
| **Thursday, June 17, 1999** | | | |
| CA | Psych research | 7.00 | 787.50 |
| **Friday, June 18, 1999** | | | |
| CA | Psych research | 6.00 | 675.00 |

Page two
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Monday, June 21, 1999** | | | |
| CA | Med/psych research; gathering info from past memos on disk | 6.00 | 675.00 |
| **Tuesday, June 22, 1999** | | | |
| CA | Research med/psych | 4.00 | 450.00 |
| **Thursday, June 24, 1999** | | | |
| CA | Team meeting, med/psych research | 6.00 | 675.00 |
| **Friday, June 25, 1999** | | | |
| CA | med/psych research | 6.00 | 675.00 |
| **Monday, June 28, 1999** | | | |
| CA | Legal research and writing memo re med/psych | 8.00 | 900.00 |
| **Tuesday, June 29, 1999** | | | |
| CA | Legal research and writing memo re med/psych | 4.00 | 450.00 |
| **Wednesday, June 30, 1999** | | | |
| CA | Legal research and writing memo re med/psych | 2.00 | 225.00 |
| **Thursday, July 1, 1999** | | | |
| CA | Legal research and writing memo re med/psych | 12.00 | 1,350.00 |
| **Friday, July 2, 1999** | | | |
| CA | Legal research and writing memo re med/psych | 8.00 | 900.00 |
| **Sunday, July 4, 1999** | | | |
| CA | Legal research and writing memo re med/psych | 6.00 | 675.00 |
| **Tuesday, July 6, 1999** | | | |
| CA | Writing up med/psych research | 8.00 | 900.00 |
| **Thursday, July 8, 1999** | | | |
| CA | Reviewing court opinion and summarizing findings of fact re med | 6.00 | 675.00 |
| **Friday, July 9, 1999** | | | |
| CA | Reviewing court opinion and summarizing findings of fact | 4.00 | 450.00 |
| **Monday, July 12, 1999** | | | |
| CA | Reviewing court opinion and summarizing findings of fact | 6.50 | 731.25 |
| **Tuesday, July 13, 1999** | | | |
| CA | Reviewing court opinion and summarizing findings of fact | 7.00 | 787.50 |

Page three
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File: 0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|---|---|---|---|
| **Wednesday, July 14, 1999** | | | |
| CA | Reviewing court opinion and summarizing findings of fact | 5.50 | 618.75 |
| **Thursday, July 15, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 8.00 | 900.00 |
| **Friday, July 16, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 7.00 | 787.50 |
| **Tuesday, July 20, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 4.00 | 450.00 |
| **Wednesday, July 21, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 5.00 | 562.50 |
| **Thursday, July 22, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 2.00 | 225.00 |
| **Monday, July 26, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 5.00 | 562.50 |
| **Tuesday, July 27, 1999** | | | |
| CA | Review of Post-Trial Med brief for med facts | 5.00 | 562.50 |
| **Wednesday, July 28, 1999** | | | |
| CA | Checking all disks for logging | 4.00 | 450.00 |
| **Thursday, July 29, 1999** | | | |
| CA | Research re medical cases | 8.00 | 900.00 |
| **Tuesday, August 3, 1999** | | | |
| CA | Research re medical cases | 8.00 | 900.00 |
| **Wednesday, August 4, 1999** | | | |
| CA | Research re medical cases | 6.00 | 675.00 |
| **Thursday, August 5, 1999** | | | |
| CA | Research re medical cases | 8.00 | 900.00 |
| **Friday, August 6, 1999** | | | |
| CA | Research re medical cases | 6.50 | 731.25 |
| **Thursday, August 12, 1999** | | | |
| CA | Research re medical cases | 4.00 | 450.00 |

Page four
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Friday, August 13, 1999** | | | |
| CA | Research re medical cases | 4.00 | 450.00 |
| **Monday, August 16, 1999** | | | |
| CA | Review med exhibits-audit report | 8.00 | 900.00 |
| CA | Review med exhibits-audit report | 8.00 | 900.00 |
| **Friday, August 20, 1999** | | | |
| CA | Review med exhibits-audit report | 4.00 | 450.00 |
| **Monday, August 23, 1999** | | | |
| CA | Review med exhibits-audit report | 6.00 | 675.00 |
| **Friday, August 27, 1999** | | | |
| CA | Review med exhibits-audit report | 7.00 | 787.50 |
| **Tuesday, August 31, 1999** | | | |
| CA | Work with evidence summaries | 8.00 | 900.00 |
| **Wednesday, September 1, 1999** | | | |
| CA | Drafting prisoner witness summary | 4.00 | 450.00 |
| **Thursday, September 2, 1999** | | | |
| CA | Research re: Med cases | 4.00 | 450.00 |
| DB | Review staff drafts on ad seg, safety, force and medical | 3.50 | 393.75 |
| **Wednesday, September 8, 1999** | | | |
| CA | Reading medical cases | 6.50 | 731.25 |
| **Thursday, September 9, 1999** | | | |
| CA | Reviewing medical expert reports | 7.00 | 787.50 |
| **Friday, September 10, 1999** | | | |
| CA | Reviewing medical expert reports | 8.50 | 956.25 |
| **Monday, September 13, 1999** | | | |
| CA | Review med report exhibits | 8.00 | 900.00 |
| **Tuesday, September 14, 1999** | | | |
| CA | Review med expert test | 4.00 | 450.00 |
| **Monday, September 20, 1999** | | | |
| CA | Review med expert test | 6.50 | 731.25 |

Page five
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Wednesday, September 22, 1999** | | | |
| CA | Review plaintiffs exhibits | 7.00 | 787.50 |
| **Thursday, September 23, 1999** | | | |
| CA | Review plaintiffs exhibits | 3.50 | 393.75 |
| **Friday, September 24, 1999** | | | |
| CA | Review med expert test | 6.00 | 675.00 |
| **Monday, September 27, 1999** | | | |
| CA | Review opinion, findings of fact, med expert test | 8.50 | 956.25 |
| **Tuesday, September 28, 1999** | | | |
| CA | Review plaintiffs exhibits, med expert reports | 7.00 | 787.50 |
| **Wednesday, September 29, 1999** | | | |
| CA | Review plaintiffs exhibits, med expert reports | 9.00 | 1,012.50 |
| **Friday, October 1, 1999** | | | |
| CA | Review med expert test | 7.50 | 843.75 |
| **Monday, October 4, 1999** | | | |
| CA | Research re med cases | 7.00 | 787.50 |
| **Tuesday, October 5, 1999** | | | |
| CA | Research re med cases | 8.00 | 900.00 |
| **Monday, October 11, 1999** | | | |
| CA | Drafting brief re med | 2.00 | 225.00 |
| **Tuesday, October 12, 1999** | | | |
| CA | Drafting brief re med | 5.50 | 618.75 |
| **Thursday, October 14, 1999** | | | |
| CA | Drafting brief re med | 6.00 | 675.00 |
| **Friday, October 15, 1999** | | | |
| CA | Review med expert testimony | 7.50 | 843.75 |
| **Monday, October 18, 1999** | | | |
| CA | Drafting brief re med | 8.50 | 956.25 |
| **Tuesday, October 19, 1999** | | | |
| CA | Research re med cases | 4.00 | 450.00 |

Page six
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|---|---|---|---|
| **Wednesday, October 20, 1999** | | | |
| CA | Drafting brief re med | 5.50 | 618.75 |
| **Friday, October 22, 1999** | | | |
| CA | Review med expert testimony | 4.00 | 450.00 |
| **Monday, October 25, 1999** | | | |
| CA | Drafting med appeal | 6.50 | 731.25 |
| **Tuesday, October 26, 1999** | | | |
| CA | Drafting med appeal | 7.00 | 787.50 |
| **Wednesday, October 27, 1999** | | | |
| CA | Drafting med appeal | 4.00 | 450.00 |
| **Wednesday, November 17, 1999** | | | |
| CA | Research and review medical; organizing cases | 3.50 | 393.75 |
| **Thursday, November 18, 1999** | | | |
| CA | Research and review re medical | 6.00 | 675.00 |
| **Friday, November 19, 1999** | | | |
| CA | Drafting medical brief | 8.00 | 900.00 |
| **Sunday, November 21, 1999** | | | |
| CA | Drafting medical brief | 5.50 | 618.75 |
| **Monday, November 29, 1999** | | | |
| CA | Research transcript re med | 6.00 | 675.00 |
| **Tuesday, November 30, 1999** | | | |
| CA | Research transcript re med | 2.00 | 225.00 |
| **Sunday, December 5, 1999** | | | |
| CA | Review work done, organizing thoughts for brief | 6.00 | 675.00 |
| **Monday, December 6, 1999** | | | |
| CA | Researching disks for documents, review post trial med brief | 6.00 | 675.00 |
| **Wednesday, December 8, 1999** | | | |
| CA | Review post trial med brief | 5.50 | 618.75 |
| **Thursday, December 9, 1999** | | | |
| CA | Review opinion | 3.00 | 337.50 |

Page seven
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|---|---|---|---|
| | **Friday, December 10, 1999** | | |
| CA | Review opinion and med legal brief | 6.50 | 731.25 |
| | **Wednesday, December 15, 1999** | | |
| CA | Drafting Med App Brief | 7.00 | 787.50 |
| | **Monday, December 20, 1999** | | |
| CA | Drafting argument re medical | 8.50 | 956.25 |
| | **Tuesday, December 21, 1999** | | |
| CA | Drafting argument re medical | 8.00 | 900.00 |
| | **Wednesday, December 22, 1999** | | |
| CA | Drafting argument re medical | 7.50 | 843.75 |
| | **Monday, December 27, 1999** | | |
| CA | Rev opinion, med expert reports | 6.50 | 731.25 |
| | **Tuesday, December 28, 1999** | | |
| DB | Review CA medical section, e mail edits and directions for further work to CA; review and edit WBT new draft, review psych portion of motion for reconsideration for assignments for AL during my absence | 10.00 | 1,125.00 |
| | **Wednesday, December 29, 1999** | | |
| CA | Review post-trial memo | 5.50 | 618.75 |
| | **Thursday, January 13, 2000** | | |
| CA | Review med expert reports for facts | 7.50 | 843.75 |
| | **Tuesday, January 18, 2000** | | |
| CA | Drafting facts sheet for DB | 6.00 | 675.00 |
| | **Wednesday, January 19, 2000** | | |
| CA | Drafting facts sheet for DB | 5.50 | 618.75 |
| | **Friday, January 21, 2000** | | |
| DB | Pr motion for extension, pr draft brief to go with motion for extended word-volume (put together various parts into one whole document, edit oout internal notes), rv safety section and cn HB safety section, rv medical section, tc Coleman re modified motions extended time and length | 9.00 | 1,012.50 |
| | **Tuesday, January 25, 2000** | | |
| DB | Pr app brief, continue draft medical, incl. rv key cases cited by CA (via computer research service) | 9.00 | 1,012.50 |

Page eight
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|---|---|---|---|
| CA | Tc w/AL and HB re brief issues | 3.50 | 393.75 |
| **Wednesday, January 26, 2000** | | | |
| DB | Pr app brief, medical section, incl rv testimony | 10.00 | 1,125.00 |
| **Thursday, January 27, 2000** | | | |
| DB | Pr app brief, medical, rv consultants's edits and incorp into draft, continue rv testimony, email CA re her work for me on medical | 8.50 | 956.25 |
| CA | Rv testimony summary of med expert, summary of state audit, searching through disks for testimony files | 5.00 | 562.50 |
| **Friday, January 28, 2000** | | | |
| CA | Legal Research- error of law issue, pulling up some cases on other issue | 4.50 | 506.25 |
| DB | Cn DS and MB on medical/psyche cross appeal | 0.30 | 33.75 |
| **Saturday, January 29, 2000** | | | |
| DB | Pr app brief, medical and PLRA sections, incl. rv consultant's edit of medical/psych section and redrafting on medical/psych cross-appeal | 6.00 | 675.00 |
| **Sunday, January 30, 2000** | | | |
| DB | Pr app brief, medical and PLRA, inc TC with JW over her edits and suggestions | 5.00 | 562.50 |
| CA | Legal Research-error of law issue | 3.00 | 337.50 |
| **Monday, January 31, 2000** | | | |
| DB | Pf app brief,new research and writing on publi/private rights (sep of powers section), rv consultant JW edits on PLRA section, and mark for secrretarial imput, email to DS to consult on PLRA and medical | 9.00 | 1,012.50 |
| CA | Systemic deficiencies work | 8.00 | 900.00 |
| **Tuesday, February 1, 2000** | | | |
| CA | Systemic deficiencies work | 8.50 | 956.25 |
| **Sunday, February 6, 2000** | | | |
| CA | Systemic deficiencies work | 2.00 | 225.00 |
| **Monday, February 7, 2000** | | | |
| CA | Review: Linthicum | 1.50 | 168.75 |
| **Tuesday, February 8, 2000** | | | |
| CA | Review: Linthicum | 3.00 | 337.50 |

Page nine
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File: 0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|------|------|------|------|
| | **Thursday, February 10, 2000** | | |
| CA | Review: Linthicum | 6.00 | 675.00 |
| | **Friday, February 11, 2000** | | |
| CA | Review: Smith | 5.50 | 618.75 |
| | **Sunday, February 13, 2000** | | |
| CA | Review: Smith | 3.00 | 337.50 |
| | **Monday, February 14, 2000** | | |
| CA | Review Smith testimony | 2.00 | 225.00 |
| | **Wednesday, February 16, 2000** | | |
| CA | Review Jenison testimony | 2.00 | 225.00 |
| | **Monday, February 21, 2000** | | |
| CA | Drafting and editing medical section | 15.50 | 1,743.75 |
| | **Tuesday, February 22, 2000** | | |
| CA | Drafting and editing the final draft of brief | 11.50 | 1,293.75 |
| | **Friday, March 3, 2000** | | |
| CA | Office meeting re med/pysch brief for reply issues | 1.50 | 168.75 |
| | **Thursday, March 9, 2000** | | |
| HB | Research staffing section for medical reply brief; research fees/costs paid for fees motion | 3.00 | 337.50 |
| | **Friday, March 10, 2000** | | |
| HB | Research staffing section for medical reply brief; conf. with team re med/psych reply, briefing schedule; fielding phone calls from pern's mother; ACLU of S. Texas | 5.50 | 618.75 |
| | **Saturday, March 11, 2000** | | |
| HB | Review Jenison testimony re med HIV for reply issues | 4.00 | 450.00 |
| | **Sunday, March 12, 2000** | | |
| HB | Review med legal memo for further research; review Jenison testimony for reply issues | 6.00 | 675.00 |
| | **Tuesday, March 14, 2000** | | |
| HB | Respond to prisoner correspondence; resarch re PLRA & Atty fees; resarch staffing section for medical reply brief | 5.00 | 562.50 |
| HB | Respond to prisoner correspondence; resarch re PLRA & Atty fees; resarch staffing section for medical reply brief | 5.00 | 562.50 |

Page ten
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Wednesday, March 15, 2000** | | | |
| HB | Resarch staffing section for medical reply brief; phone conf. with pner relative respond to prisoner correspondence | 1.70 | 191.25 |
| AL | Respond to prisoner correspondence; research, prepare summary re methodology; doc. search re med (non-metho. issues) | 8.30 | 933.75 |
| **Thursday, March 16, 2000** | | | |
| AL | Research, prepare summary re methodology; prepare legal memo re expert testimony (addn.) | 6.05 | 680.63 |
| HB | Research staffing section for medical reply brief | 3.50 | 393.75 |
| **Friday, March 17, 2000** | | | |
| AL | Research, prepare summary re methodology; prepare outline arg. re admissibility | 5.60 | 630.00 |
| HB | Review and respond to prisoner correspondence; email to team re defendants' reply brief extension; research staffing section for medical reply brief | 3.00 | 337.50 |
| **Saturday, March 18, 2000** | | | |
| AL | Review med exp. reports (biostats; review, prepare memo re expert testimony (addn) | 4.65 | 523.13 |
| **Monday, March 20, 2000** | | | |
| AL | Prepare outline arg. re admissibility; review, prepare summm. def. wit/evid | 5.55 | 624.38 |
| **Tuesday, March 21, 2000** | | | |
| AL | Prepare evidence summary; prepare memo re med/psych (Delib. indiff) | 5.30 | 596.25 |
| HB | Research staffing section re medical reply brief; respond to prisoner correspondence | 3.70 | 416.25 |
| **Wednesday, March 22, 2000** | | | |
| AL | Review med exp. reports | 4.70 | 528.75 |
| **Friday, March 24, 2000** | | | |
| AL | Research re admissibility; review def. tri briefs re med; respond to prisoner correspondence | 5.85 | 658.13 |
| **Tuesday, March 28, 2000** | | | |
| AL | Review and respond to prisoner correspondence; review def. post-trial brief re admiss | 7.00 | 787.50 |

Page eleven
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Wednesday, March 29, 2000** | | | |
| AL | Review and respond to prisoner correspondence; review med reports, review testi.; prepare memo re daubert inquiry | 4.45 | 500.63 |
| **Thursday, March 30, 2000** | | | |
| AL | Review and respond to prisoner correspondence; review cases re daubert (Dwf. Br. IIIB cases) | 3.75 | 421.88 |
| **Friday, March 31, 2000** | | | |
| HB | Researching staffing section for medical reply brief; review and respond to prisoner correspondence | 3.50 | 393.75 |
| **Monday, April 3, 2000** | | | |
| CA | Review Linthicum Depo | 6.00 | 675.00 |
| **Tuesday, April 4, 2000** | | | |
| AL | Research re daubert inquiry; prepare memo and review cases re daubert inquiry; review Def. wit testimony re med | 8.20 | 922.50 |
| **Wednesday, April 5, 2000** | | | |
| AL | Prepare memo re daubert inquiry; review medical reports; review cases re daubert | 7.15 | 804.38 |
| **Wednesday, May 17, 2000** | | | |
| DB | Prepare reply brief, medical, support finding of system wide bad care | 6.00 | 675.00 |
| **Thursday, May 18, 2000** | | | |
| DB | Pr reply brief, incl. rev evidence and drafting, medical, system-wide bad care | 7.00 | 787.50 |
| **Friday, May 19, 2000** | | | |
| DB | Finish draft on system-wide bad care, rv PX 1607 and draft section on it | 7.00 | 787.50 |
| **Sunday, May 21, 2000** | | | |
| DB | Rv trial transcript of Kiefe, begin Robertson, for filling in citations, and outline new points | 6.00 | 675.00 |
| **Monday, May 22, 2000** | | | |
| DB | Rv trial transcript of Drs. Robertson, Smith for filling in citations, and new points | 5.50 | 618.75 |
| **Tuesday, May 23, 2000** | | | |
| DB | Rv trial tscript Jones, Linthicum, begin med redraft, system-wide bad care | 5.00 | 562.50 |

Page twelve
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File: 0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Thursday, May 25, 2000** | | | |
| DB | Edit draft, medical | 7.00 | 787.50 |
| **Friday, May 26, 2000** | | | |
| DB | Pr appellate reply brief, medical | 5.00 | 562.50 |
| **Saturday, May 27, 2000** | | | |
| DB | Pr appellate reply brief, incl rv evid, psych esp undx'ed psychotics | 7.00 | 787.50 |
| **Sunday, May 28, 2000** | | | |
| DB | Prepare appellate reply brief, psych | 15.00 | 1,687.50 |
| **Monday, May 29, 2000** | | | |
| JS | JSS reviewing transcript for examples for reply brief | 8.00 | 320.00 |
| DB | Pr appellate brief, pr for filing today (until extension received) | 12.00 | 1,350.00 |
| **Tuesday, May 30, 2000** | | | |
| DB | Pr appellate brief | 6.00 | 675.00 |
| HB | Editing medical/psych reply brief, review and respond to prisoner correspondence | 3.00 | 337.50 |
| **Friday, June 2, 2000** | | | |
| HB | Review and respond to prisoner correspondence, reviewing defendant's response brief for reply points | 2.75 | 309.38 |
| **Tuesday, June 6, 2000** | | | |
| HB | Review and respond to prisoner correspondence, legal research for reply brief | 4.10 | 461.25 |
| **Wednesday, June 7, 2000** | | | |
| CA | Summarizing HIV transcript searches | 5.00 | 562.50 |
| **Monday, June 12, 2000** | | | |
| HB | Review and respond to prisoner correspondence; review new ad seg plan; research for reply brief | 4.00 | 450.00 |
| DB | Prepare appellate reply brief, edit medical death records ssection (begin rewrite and completion of 5/29/draft); conference w/clerks re p/corr resonses | 4.00 | 450.00 |
| **Tuesday, June 13, 2000** | | | |
| DB | Prepare appellate reply brief, continue rewrite medical | 4.00 | 450.00 |

Page thirteen
January 18, 2002
RUIZ TIME ON MEDICAL,  5/12/99 -5/31/01

Our File:  0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Wednesday, June 14, 2000** | | | |
| DB | Prepare appellate reply brief, continue rewrite medical (6.5)hrs. | 6.50 | 731.25 |
| HB | Review and respond to prisoner correspondence; conf. w/DB & research for reply brief | 3.30 | 371.25 |
| **Thursday, June 15, 2000** | | | |
| HB | Review and respond to prisoner correspondence; conf. w/DB & research for reply brief | 4.80 | 540.00 |
| DB | Prepare appellate brief, finish medical new draft, integrate material from HB and GJS review/edit/comments | 6.00 | 675.00 |
| **Friday, June 16, 2000** | | | |
| DB | Prepare appellate brief,Psych, rewrite ad seg psychotics section, intergrate GJS notes/comments | 7.50 | 843.75 |
| HB | Legal research for reply brief on standard of review; respond to prisoner correspondence | 3.50 | 393.75 |
| **Sunday, June 18, 2000** | | | |
| DB | Prepare appellate reply brief, psych, mutilaters, review transcript for cites | 3.00 | 337.50 |
| **Monday, June 19, 2000** | | | |
| DB | Prepare appellate reply brief, psych mutilaters | 6.00 | 675.00 |
| HB | Legal research for reply brief; editing reply brief | 3.10 | 348.75 |
| **Tuesday, June 20, 2000** | | | |
| DB | Prepare appellate reply brief, psych, complete draft | 9.00 | 1,012.50 |
| HB | Legal research for reply brief; conf. with DB re reply brief; editing reply brief review and resond to prisoner correspondence | 5.50 | 618.75 |
| **Thursday, June 22, 2000** | | | |
| DB | Prepare appellate reply brief, redraft psych, integrate HB and GJS edits/comments | 6.50 | 731.25 |
| **Friday, June 23, 2000** | | | |
| DB | Prepare appellate reply brief, edit draft section on deficient treatment identified patients | 8.00 | 900.00 |
| **Saturday, June 24, 2000** | | | |
| DB | Prepare appellate reply brief, rewrite psych | 7.50 | 843.75 |
| **Monday, June 26, 2000** | | | |
| DB | Prepare appellate reply brief, final edi/rewrite | 12.00 | 1,350.00 |

Case 4:78-cv-00987   Document 9002   Filed on 01/24/02 in TXSD   Page 18 of 27

Page fourteen
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File: 0404.0404
Invoice # 15

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Tuesday, June 27, 2000** | | | |
| DB | Prepare appellate reply brief, final edi/rewrite for 6/29 filing | 10.00 | 1,125.00 |
| HB | Eediting reply brief; research for reply brief, review and resond to prisoner correspondence | 7.30 | 821.25 |
| **Wednesday, June 28, 2000** | | | |
| DB | Prepare appellate reply brief, psych care section; add GJS/HB section in HIV | 10.00 | 1,125.00 |
| HB | Research for reply brief, editing reply brief; conf. with DB re reply brief | 4.40 | 495.00 |
| **Thursday, June 29, 2000** | | | |
| DB | Finalize appellate reply brief for mailing today, final edits and insertions | 12.00 | 1,350.00 |
| HB | Drafting and editing reply brief, producing final copy of brief | 11.20 | 1,260.00 |
| **Friday, June 30, 2000** | | | |
| GJS | All GJS time between 5/29/00 and 6/30/00 (Fee motion exhibit 38) | 78.50 | 8,831.25 |
| **Wednesday, October 4, 2000** | | | |
| DB | Outline ad seg and medical argument; respond to p/corr referred by KB | 4.60 | 517.50 |
| **Thursday, October 26, 2000** | | | |
| DB | Prepare for app arg. summarize force system data, review medical sections briefs outline argument, conference with GJS re her summarizing UOF discipline data | 4.00 | 450.00 |
| **Saturday, May 12, 2001** | | | |
| DB | Prepare reply to defendant's memo, revise safety section incl review transcript on staffing, TC WBT re medical, first draft medical | 10.00 | 1,125.00 |
| **Monday, May 14, 2001** | | | |
| DB | Prepare reply to d's memo, edit force, finish medical | 12.00 | 1,350.00 |

Summary of Services

| | | | | |
|-----|------------------------|-------------------|---|----------|
| AL  | Amber Lee              | 76.55 hr @ 113.00 | $ | 8611.91  |
| CA  | Christina Arenas       | 681.50 hr @ 113.00 | $ | 76668.75 |
| DB  | Donna Brorby           | 301.40 hr @ 113.00 | $ | 33907.50 |
| GJS | Gail J. Saliterman     | 78.50 hr @ 113.00 | $ | 8831.25  |
| HB  | Holly Baldwin          | 100.85 hr @ 113.00 | $ | 11345.63 |
| JS  | Jake Stacey Schrierer  | 8.00 hr @ 40.00   | $ | 320.00   |

Page fifteen
January 18, 2002
RUIZ TIME ON MEDICAL, 5/12/99 -5/31/01

Our File: 0404.0404
Invoice # 15

| | |
|---|---:|
| Total Professional Services | $139,685.04 |
| TOTAL NEW CHARGES | $139,685.04 |
| Previous Balance Due | $     0.00 |

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $     0.00 |
| Total New Charges | 139,685.04 |
| Payments and Credits | 0.00 |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $139,685.04 |

Gail J. Saliterman billings for Ruiz v Johnson

**EXHIBIT 45**

766    18 %

548    13 %

1314    31 %

## Index to Testimony Transcripts

*Italics* = Δ witness
Underline = π expert

**1/21/99**   [Opening arguments]

| Witness | Pages |
|---------|-------|
| Stephen Mathis | 57-82 |
| Orlando Calbert | 82-121 |
| Michael Lambert | 121-143 |
| Billy Lee | 143-157 |
| Patrick Graves | 157-189 |
| Rodney Stringer | 189-215 |
| Ron Toliver | 215-231 |

**1/22/99**

| | |
|---------|-------|
| Paul Ferguson | 249-271 |
| Michael Jewell | 272-279 |
| Lewis Hall | 279-294 |
| Jennifer Gray | 294-302 |
| Jason Walker | 302-322 |
| Jason Wimberly | 322-331 |
| Lorenzo Thomas | 331-354 |
| Dennis Huff | 354-371 |
| William Webb | 371-401 |
| Dean Powell | 401-424 |
| Corey Richard | 424-447 |
| Robert Sampson | 447-465 |
| Juan Lopez | 466-500 |
| Howard Williams | 501-519 |

**1/25/99**

| | |
|---------|-------|
| Howard Williams (cont.) | 526-535 |
| Robert Allen | 535-548 |
| John Cook | 549-566 |
| Steve Jenison | 567-674   107 |
| Tonja Fountain | 674-720 |
| Jimmy McGhee | 720-734 |
| Dwayne Webb | 734-759 |
| Sandra Battson | 759-766 |

**1/26/99**

| | |
|---------|-------|
| Sandra Battson (cont.) | 771-776 |
| Chase Riveland | 776-886 |
| Dennis Jurczak | 886-980   94 |
| Dewayne Webb (cross) | 981-988 |
| Jimmie Batiste | 988-997 |

**1/27/99**

| | |
|---------|-------|
| Jimmie Batiste (cont.) | 1001-1022 |
| Joshua Burkett | 1022-1050 |
| Mark Fields | 1051-1078 |
| Allen Breed | 1079-1224 |

**1/28/99**

| | |
|---------|-------|
| Allen Breed (cont.) | 1227-1330 |
| Alpha Turner | 1330-1363 |
| John Robertson | 1363-1469 |

**1/29/99**

| | |
|---------|-------|
| John Robertson (cont.) | 1473-1490   127 |
| Joshua Holman | 1491-1527 |
| Robert Walker | 1527-1568 |
| Chad Banks | 1568-1593 |
| *Gary Johnson* | 1593-1710 |

**1/30/99**

| | |
|---------|-------|
| *Gary Johnson* (cont.) | 1715-1906 |
| *Janie Cockrell* | 1907-1940 |

**2/1/99**

Roberta Stellman 1943-2055 *112*
*David Smith* 2056-2153 *97*

**2/2/99**

*David Smith* (cont.) 2156-2274 *118*
*Gary DeLand* 2274-2375

**2/3/99**

*Glenda Adams* 2379-2544 *165*
Jeff Metzner 2545-2635 *90*

**2/4/99**

Catarina Kiefe 2639-2697 *58*
Craig Haney 2698-2818
*Edward McElyea* 2820-2873
*David Sandahl* 2874-2881

**2/5/99**

*David Sandahl* (cont.) 2886-2941
Suzanne Ducate 2942-3120 *178*

**2/6/99**

Suzanne Ducate 3125-3199 *74*
*Gary DeLand* 3200-3312
*Edward McElyea* 3313-3323

**2/8/99**

*Debbie Liles* 3326-3415
*Dan Freeman* 3416-3480
Cory Richard (cross) 3481-3496

*Rodney Stringer* (cross) 3497-3513
*Ron Toliver* (cross) 3514-3527
*Dean Powell* (cross) 3528-3538
*Lorenzo Thomas* (cross) 3539-3553
*Janea Cooke* 3554-3586

**2/9/99**

*Robert Jones* 3591-3685 *94*
*John Sharp* 3686-3780
*Captain Michael Roesler* 3783-3798
*CO III Melvin Woodard* 3798-3808
*Lt. Viola Abdeen* 3808-3821
*LVN Patsy Pipkin* 3821-3834 *stet*
*RN Marianne Anderson* 3834-3842 *stet*
*Janie Cockrell* 3843-3859

**2/10/99**

*Janie Cockrell* (cont.) 3868-3941
*Gary Johnson* (cross) 3942-3956
Allen Breed (rebuttal) 3957-4020,
4047-4055
*Edward McElyea* (cross) 4021-4047

**2/11/99**

Allen Breed (cont.) 4058-4090
Chad Ivy 4090-4139
*Gary Johnson* 4140-4147
William Webb (rebuttal) 4147-4159
James Stokes 4161-4195

**2/12/99**

Closing arguments

Linthicum's deposition 4280???

**EXHIBIT 46**

Case 4:78-cv-00987   Document 9002   Filed on 01/24/02 in TXSD   Page 24 of 27

January 18, 2002

RUIZ TIME ON PLRA, 05/12/99-05/30/01 -                    Our File: 0409.0409
                                                                Invoice # 18

Statement of Account for Services Rendered Through January 18, 2002

Professional Services

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| **Sunday, May 30, 1999** | | | |
| WBT | Total fees billed for WBT, 05/12/99 TO 05/30/99 | 19.90 | 2,238.75 |
| **Monday, June 21, 1999** | | | |
| DB | Review Hadix (new Supreme Court decision) and notes for WBT re fees | 1.00 | 112.50 |
| **Wednesday, June 30, 1999** | | | |
| WBT | Total fees billed by WBT, 06/01/99 TO 06/30/99 | 34.30 | 3,858.75 |
| **Saturday, July 31, 1999** | | | |
| WBT | Total fees billed by WBT, 07/01/99 TO 07/31/99 | 15.20 | 1,710.00 |
| **Sunday, October 31, 1999** | | | |
| WBT | Total fees billed by WBT, 08/01/99 TO 10/31/99 | 35.80 | 4,027.50 |
| **Tuesday, November 30, 1999** | | | |
| WBT | Total fees billed by WBT, 11/01/99 TO 11/30/99 | 16.20 | 1,822.50 |
| **Thursday, December 9, 1999** | | | |
| DB | Prepare brief, complete edit of WBT draft on PLRA and constitutional issues | 7.00 | 787.50 |
| **Monday, December 13, 1999** | | | |
| DB | Telephone conference w/WBT, his questions about my comments on his draft | 0.30 | 33.75 |
| **Thursday, December 16, 1999** | | | |
| DB | Prepare appellate brief (ad seg section; also review new WBT draft on statute and constitutional issues, e mail John Boston) | 8.00 | 900.00 |
| **Friday, December 31, 1999** | | | |
| WBT | Total fees billed by WBT, 12/01/99 TO 12/31/99 | 22.00 | 2,475.00 |
| **Saturday, January 8, 2000** | | | |
| DB | Prepare app brief, review sep of powers cases and edit WBT sep of powers section; rv WBT latest e mail on appealability (responding to my questions) | 10.00 | 1,125.00 |

Case 4:78-cv-00567 Document 9002 Filed 9h 01/24/02 in TXSD Page 25 of 27

Page two
January 18, 2002
RUIZ TIME ON PLRA, 05/12/99-05/30/01 -

Our File: 0409.0409
Invoice # 18

| Emp | Description | Hours | Amount |
|---|---|---|---|
| **Sunday, January 9, 2000** | | | |
| DB | Prepare app brief, sep of powers section | 4.00 | 450.00 |
| **Monday, January 10, 2000** | | | |
| DB | Prepare app brief, sep of powers (new drafting) | 10.00 | 1,125.00 |
| **Tuesday, January 11, 2000** | | | |
| DB | Pr app brief, PLRA section (dp and sep of powers) | 12.00 | 1,350.00 |
| **Wednesday, January 12, 2000** | | | |
| DB | Pr appellate brief, juris (orig draft) and PLRA sections (edit WBT draft), incl rvcaselaw | 12.00 | 1,350.00 |
| **Thursday, January 13, 2000** | | | |
| DB | Pr app brief, jurisdiction, tc WBT, jurisdiction, other PLRA section issues; re jurisdiction | 9.00 | 1,012.50 |
| **Monday, January 24, 2000** | | | |
| DB | Pr app brief, email with draft of PLRA section to consultant JW for rv; complete draft ad seg, email to AL with notes for her edit and filling in missing items; initial drafting medical (with some use CA draft); assign CA projects to support medical draft | 8.50 | 956.25 |
| **Wednesday, June 21, 2000** | | | |
| DB | Prepare appellate reply brief, review Miller, email WBT re Miller, draft section re Miller, fill in holes in medical | 10.00 | 1,125.00 |
| **Sunday, June 25, 2000** | | | |
| DB | Prepare appellate reply brief, reconsider section and insertions re Miller | 3.50 | 393.75 |
| **Sunday, July 30, 2000** | | | |
| WBT | Total fees billed by WBT, 01/01/00 TO 07/31/00 | 64.70 | 7,278.75 |
| **Wednesday, September 13, 2000** | | | |
| DB | Rev 9th cir Gilmore case, PLRA in response to WBT e mail | 0.50 | 56.25 |
| **Wednesday, October 18, 2000** | | | |
| DB | For 5th cir arg., review briefs and case law memo on appellate jurisdiction, update research, review 9th Cir decision "Gilmore" re PLRA construction | 2.50 | 281.25 |
| **Friday, October 20, 2000** | | | |
| DB | Prepare for 5th Cir arg by tc Spector, email WBT, research, mainly PLRA constitutionality issues after "Miller v French" | 8.50 | 956.25 |

Case 4:78-cv-00987  Document 9002  Filed on 01/24/02 in TXSD  Page 26 of 27

Page three
January 18, 2002
RUIZ TIME ON PLRA, 05/12/99-05/30/01 -

Our File: 0409.0409
Invoice # 18

| Emp | Description | Hours | Amount |
|-----|-------------|-------|--------|
| | | | |
| **Saturday, October 21, 2000** | | | |
| DB | Prepare for 5th Cir arg mainly PLRA constitutionality and construction , incl RV caselaw memo, email WBT, prepare PLRA research memo as beginning of outline of argument | 9.00 | 1,012.50 |
| **Sunday, October 22, 2000** | | | |
| DB | Prepare for 5th Cir arg by CN GJS re her Title VII pattern and practice resarch, rev GJS memo and some cases (to see distinction pattern and practice from prevalence of a condition/event in prison), prepare memo for review by Spector and WBT re PLRA construction issues (Gilmore and Calabresi consurrence in Benjamin) | 6.00 | 675.00 |
| **Wednesday, October 25, 2000** | | | |
| DB | Prepare parties joint letter to 5th Cir clerk's office re extending arg time and allocate time (3 drafts upon comments of other counsel), email to opps counsel, tc Coleman re his changes (also noted in email) prepare rule 28j letter re Gilmore case, emails to and from WBT re Gilmore letter and Williams v Edwards; review' In Re Scott" 5th Cir. 12/98 and on re possible directions or inferences on PLRA construction issue, revise outline on PLRA construction, and prepare outline of PLRA const. arg | 8.00 | 900.00 |
| **Monday, October 30, 2000** | | | |
| DB | Review Boston response to my questions on use of force class action standard; prepare motion for extended arg time and to allocate time and transmission covers for fax and email; conf with WBT and GJS going over all sections of outline of argument that are complete today; revise PLRA and force arg outline based on WBT/GJS comments; review GJS memo re use of force rates and use of force examples | 9.00 | 1,012.50 |
| **Saturday, November 4, 2000** | | | |
| DB | Prepare 5th Cir arg. , lots of force work, revise use of force outline, add to PLRA outline and reduce to points that can be covered in argument time | 11.00 | 1,237.50 |
| **Sunday, December 31, 2000** | | | |
| WBT | Total fees billed by WBT, 08/01/00 TO 12/31/00 | 13.50 | 1,518.75 |

Case 4:78-cv-00987   Document 9002   Filed on 01/24/02 in TXSD   Page 27 of 27

Page four
January 18, 2002
RUIZ TIME ON PLRA, 05/12/99-05/30/01 -

Our File: 0409.0409
Invoice # 18

Summary of Services

| | | | | | |
|----|----|----|----|----|----|
| DB | Donna Brorby | 149.80 hr | @ 113.00 | $ | 16852.50 |
| WBT | William B Turner | 221.60 hr | @ 113.00 | $ | 24930.00 |

| | |
|----|----|
| Total Professional Services | $ 41,782.50 |

Costs and Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 05/30/99 | Total costs billed for WBT, 05/12/99 TO 05/30/99 | 12.30 |
| 06/30/99 | Total costs billed by WBT, 06/01/99 TO 06/30/99 | 37.85 |
| 07/31/99 | Total costs billed by WBT, 07/01/99 TO 07/31/99 | 248.48 |
| | Total Costs and Disbursements | $ 298.63 |

| | |
|----|----|
| TOTAL NEW CHARGES | $ 42,081.13 |
| Previous Balance Due | $ 0.00 |

SUMMARY OF ACCOUNT

| | |
|----|----|
| Balance Forward | $ 0.00 |
| Total New Charges | 42,081.13 |
| Payments and Credits | 0.00 |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $ 42,081.13 |

Gail J. Saliterman billings for Ruiz v Johnson